UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 23-5-DLB-EBA
CIVIL ACTION NO. 25-83-DLB-EBA

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    <u>**ORDER**</u>

ANTWAUN D. BENSON                                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the August 14, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 57) wherein he recommends that Defendant Antwaun D. Benson's Motion to Vacate under 28 U.S.C. § 2255 (Doc. # 54) be denied with prejudice and that no certificate of appealability be issued. No objections have been filed, and the time for doing so has passed. The Court has reviewed the R&R and concludes that it is sound in all respects and will be adopted as the Opinion of the Court. Accordingly,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of United States Magistrate Judge Edward B. Atkins (Doc. # 57) is **ADOPTED as the Opinion of the Court**;

(2) Defendant Antwaun D. Benson's Motion to Vacate (Doc. # 54) is **DENIED**;

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 57), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**;

(4)   This matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket; and

(5)   A separate Judgment will be filed concurrently herewith.

This 16th day of September, 2025.

Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2023\23-5 Order Adopting R&R.docx